UNITED STATES of America,
Plaintiff–Appellee,

v.

James E. CARR, Defendant–Appellant.

No. 01–7461.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

James E. Carr, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

**584**

PER CURIAM.

James E. Carr seeks to appeal the district court's order denying his motion to reconsider the denial of his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Carr,* Nos. CR–93–66; CA–97–916–2 (E.D.Va. July 11, 2002).\* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

\* To the extent Carr appeals from the district court's orders entered on September 24, 1998, and July 19, 1998, we find no reversible error.